remedy in the ordinary course of the law, *State ex rel. Russell v. Duncan,* 64 Ohio St.3d 538, 539, 597 N.E.2d 142 (1992).

{¶ 9} Third, McQueen has identified no clear legal right to, and no clear legal duty on the part of Weibling–Holliday to grant him, the relief he seeks. " 'Mandamus will not lie to enforce a private right against a private person.' " *Id.* at 538, quoting *State ex rel. Pressley v. Indus. Comm.,* 11 Ohio St.2d 141, 228 N.E.2d 631 (1967), paragraph eight of the syllabus.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

––––––––––

John McQueen, pro se.

Steptoe & Johnson, P.L.L.C., James C. Carpenter, Vincent I. Holzhall, and Alana M. Valle, for appellee.

IN RE C.R.

2016-Ohio-5450.]

(No. 2014–0943—Submitted July 13, 2016—Decided August 23, 2016.)

––––––––––

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re D.S.,* 146 Ohio St.3d 182, 2016-Ohio-1027, 54 N.E.3d 1184.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent for the reasons stated in the dissenting opinion in *In re D.S.*

––––––––––

Timothy Young, Ohio Public Defender, and Charlyn Bohland, Assistant Public Defender, for appellant, C.R.